### WHITE et al. v. HOLDING.

(Supreme Court, Appellate Term. December 28, 1899.)

APPEAL—RECORD—JURISDICTION OF COURT.
> Where the record fails to show that defendants resided within the jurisdiction of the municipal court, judgment for plaintiff will be reversed.

Appeal from municipal court, borough of Manhattan, First district.

Action by Charles White and others against Henry Holding. From a judgment for plaintiffs, defendant appeals. Reversed.

Argued before FREEDMAN, P. J., and MacLEAN and LEVENTRITT, JJ.

George H. Culver, for appellant.
Stake & Eckerson, for respondents.

MacLEAN, J. Objection is made to the judgment herein that the record is wanting in proof that the defendant resided within the jurisdiction of the court, and, that objection being well founded, the judgment must be reversed. Frees v. Ford, 6 N. Y. 176; Gilbert v. York, 111 N. Y. 544, 19 N. E. 268.

Judgment reversed, and a new trial ordered, with costs to the appellant to abide the event. All concur.